# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LIBERTY INSURANCE UNDERWRITERS INC.,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 3:17-cv-3029** |
| **FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY, AND TRAVELERS INDEMNITY COMPANY,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**INDEX OF STATE COURT MATERIALS**

| No. | Date Filed or Entered | Document |
|---|---|---|
| A-1 | N/A | Civil Docket Sheet |
| A-2 | 08/31/2017 | Plaintiff's Original Petition |
| A-3 | 08/31/2017 | Civil Case Information Sheet |
| A-4 | 09/13/2017 | Request for Citation |
| A-5 | 09/14/2017 | Citation Issued to Travelers Indemnity Company |
| A-6 | 09/14/2017 | Citation Issued to Travelers Lloyds Insurance Company |
| A-7 | 10/09/2017 | Request for Citation to First Mercury Insurance Company |
| A-8 | 10/10/2017 | Return of Service for Citation Issued to Travelers Indemnity Company |
| A-9 | 10/10/2017 | Return of Service for Citation Issued to Travelers Lloyds Insurance Company |
| A-10 | 10/11/2017 | Citation Issued to First Mercury Insurance Company |
| A-11 | 10/17/2017 | Return of Service for Citation Issued to First Mercury Insurance Company |

A-12    10/13/2017    Refusal Letter from Texas Department of Insurance

A-13    10/27/2017    Request for Citation to First Mercury Insurance Company

A-14    10/30/2017    Defendants The Travelers Lloyds Insurance Company and The Travelers Indemnity Company's Answer to Plaintiff's Original Petition

# EXHIBIT A-1

## Case Information

DC-17-11313 | LIBERTY INSURANCE UNDERWRITERS INC. vs. FIRST
MERCURY INSURANCE et al

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| DC-17-11313 | 95th District Court | MOLBERG, KEN |
| File Date | Case Type | Case Status |
| 08/31/2017 | INSURANCE | OPEN |

## Party

PLAINTIFF
LIBERTY INSURANCE UNDERWRITERS INC.

Active Attorneys▾
Lead Attorney
SEWELL, KEVIN
LAMAR
Retained

Work Phone
214-420-5500

Fax Phone
214-420-5501

DEFENDANT
FIRST MERCURY INSURANCE

Address
TEXAS COMMISSIONER OF INSURANCE
333 GUADALUPE
AUSTIN TX 78714

DEFENDANT
TRAVELERS LLOYDS INSURANCE COMPANY

Address
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701

DEFENDANT
TRAVELERS INDEMNITY

Address
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701

## Events and Hearings

08/31/2017 NEW CASE FILED (OCA) - CIVIL

08/31/2017 ORIGINAL PETITION ▾

ORIGINAL PETITION

Case Info Sheet.pdf

09/06/2017 NOTE - ADMINISTRATOR ▾

Comment
Set for initial dismissal (service/default): November 2, 2017.
Notice faxed to counsel.

09/13/2017 REQUEST FOR SERVICE ▾

REQUEST

09/13/2017 ISSUE CITATION ▾

Comment
ESERVE

09/13/2017 ISSUE CITATION COMM OF INS OR SOS ▾

Comment
ATTY PAYED EXTRA $4

09/14/2017 CITATION ISSUED ▾

DC-17-11313-2.pdf

DC-17-11313.pdf

09/14/2017 CITATION

Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
10/10/2017
Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
10/10/2017

---

10/09/2017 CORRESPONDENCE - LETTER TO FILE ▾

FMIC citation request.pdf

Comment
PAYED THE $4 FOR SOS

---

10/10/2017 RETURN OF SERVICE ▾

TRAVELERS INDEMNITY COMPANY

Comment
TRAVELERS INDEMNITY COMPANY

---

10/10/2017 RETURN OF SERVICE ▾

TRAVELERS LLYODS INSURANCE COMPANY

Comment
TRAVELERS LLYODS INSURANCE COMPANY

---

10/11/2017 CITATION ISSUED ▾

CITATION ISSUED

---

10/11/2017 CITATION SOS/COI/COH/HAG▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
10/17/2017

10/13/2017 CORRESPONDENCE - LETTER TO FILE ▾

Refusal letter.pdf

Comment
LETTER TO MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

10/17/2017 RETURN OF SERVICE ▾

FIRST MERCURY

Comment
CIT EXEC 10/12/17 TO FIRST MERCURY INS

10/27/2017 REQUEST FOR SERVICE ▾

REQUEST

10/30/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

Travelers answer.pdf

11/02/2017 DISMISSAL FOR WANT OF PROSECUTION ▾

Judicial Officer
MOLBERG, KEN

Hearing Time
9:00 AM

## Financial

LIBERTY INSURANCE UNDERWRITERS INC.
    Total Financial Assessment      $327.00
    Total Payments and Credits      $327.00

| 9/1/2017 | Transaction Assessment | $292 |

| | CARD - TEXFILE (DC) | 56884-2017-DCLK | INSURANCE UNDERWRITERS INC. | |
|---|---|---|---|---|
| 9/13/2017 | Transaction Assessment | | | $24 |
| 9/13/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 59419-2017-DCLK | LIBERTY INSURANCE UNDERWRITERS INC. | ($24. |
| 9/27/2017 | Transaction Assessment | | | $0 |
| 10/11/2017 | Transaction Assessment | | | $4 |
| 10/11/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 66668-2017-DCLK | LIBERTY INSURANCE UNDERWRITERS INC. | ($4. |
| 10/30/2017 | Transaction Assessment | | | $12 |
| 10/30/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 70816-2017-DCLK | LIBERTY INSURANCE UNDERWRITERS INC. | ($12. |

## Documents

ORIGINAL PETITION

Case Info Sheet.pdf

REQUEST

DC-17-11313-2.pdf

DC-17-11313.pdf

TRAVELERS INDEMNITY COMPANY

TRAVELERS LLYODS INSURANCE COMPANY

FMIC citation request.pdf

FIRST MERCURY

Refusal letter.pdf

CITATION ISSUED

REQUEST

Travelers answer.pdf

# EXHIBIT A-2

FILED
DALLAS COUNTY
8/31/2017 3:20 PM
FELICIA PITRE
DISTRICT CLERK

Jesse Reyes

DC-17-11313

CAUSE NO._____

| | | |
|---|---|---|
| **LIBERTY INSURANCE** | § | **IN THE DISTRICT COURT** |
| **UNDERWRITERS INC.,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **FIRST MERCURY INSURANCE** | § | **_____ JUDICIAL DISTRICT** |
| **COMPANY, TRAVELERS LLOYDS** | § | |
| **INSURANCE COMPANY, and** | § | |
| **TRAVELERS INDEMNITY** | § | |
| **COMPANY,** | § | |
|     **Defendants.** | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Liberty Insurance Underwriters Inc. ("LIUI") files this Original Petition against Defendants First Mercury Insurance Company ("FMIC"), Travelers Lloyds Insurance Company ("Travelers Lloyds"), and Travelers Indemnity Company ("Travelers Indemnity"), and would respectfully show the Court as follows:

### I.  DISCOVERY LEVEL

1.  LIUI pleads that discovery should be conducted under Level 3 in accordance with Rule 190 of the Texas Rule of Civil Procedure.

### II.  PARTIES

2.  Plaintiff LIUI is a corporation organized and existing under the laws of the State of Illinois with its principal place of business in Massachusetts.

3.  Defendant FMIC is a corporation organized and existing under the laws of the State of Illinois with its principal place of business in Southfield, Michigan.  This defendant may be served with process by serving the Texas Commissioner of Insurance, 333 Guadalupe, P.O.

---

Box 149104, Austin, Texas 78714, who shall forward a copy of Plaintiff's Original Petition to

Marcia M. Paulsen, Vice President, 29621 Northwestern Hwy., Southfield, Michigan 48034.

4.        Defendant Travelers Indemnity is a corporation existing under the laws of the

State of Connecticut with its principal place of business in Hartford, Connecticut. This defendant

may be served with process through its registered agent for service of process, Corporation

Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701.

5.        Defendant Travelers Lloyds is a corporation existing under the laws of the State

of Texas with its principal place of business in Richardson, Texas. This defendant may be served

with process through its registered agent for service of process, Corporation Service Company,

211 East 7th Street, Suite 620, Austin, Texas 78701.

### III.        JURISDICTION AND VENUE

6.        This court has jurisdiction over this matter because the amount in controversy,

exclusive of interest and costs, exceeds this Court's minimum jurisdictional limits.

7.        Venue is proper in Dallas County, Texas under Tex. Civ. Prac. & Rem. Code §

15.002(a)(1) because all or a substantial part of the events or omissions giving rise to the claims

asserted herein occurred in Dallas County, Texas.

### IV.        FACTS

**A.        BACKGROUND**

8.        Joe Williamson Construction Company is ("JWCC") is a Texas company

operating as a general contractor in the construction business.  Plaintiff LIUI is a provider of

umbrella liability insurance to JWCC for the policy period August 10, 2006 to August 10, 2007.

Defendants are providers of primary commercial general liability insurance to JWCC for

consecutive one-year policy periods from August 10, 2006 to August 6, 2014.  JWCC's relevant

primary insurance policies are identified in the chart set forth below:

| Policy Period | Insurer | Policy Type | Policy Limits | Policy No. |
|---|---|---|---|---|
| 8/10/06 to 8/10/07 | FMIC | Primary | $1M/$2M/$2M | FMFL001966 |
| 8/10/07 to 8/10/08 | FMIC | Primary | $1M/$2M/$2M | FMFL003024 |
| 8/10/08 to 8/10/09 | FMIC | Primary | $1M/$2M/$2M | FMTX004525 |
| 8/10/09 to 8/10/10 | FMIC | Primary | $1M/$2M/$2M | FMTX006103 |
| 8/10/10 to 8/10/11 | Travelers Lloyds | Primary | $1M/$2M/$2M | CO-6816R447-TLC-10 |
| 8/10/11 to 8/10/12 | Travelers Lloyds | Primary | $1M/$2M/$2M | CO-6816R447-TLC-11 |
| 8/10/12 to 8/10/13 | Travelers Lloyds | Primary | $1M/$2M/$2M | CO-6816R447-TLC-12 |
| 8/10/13 to 8/10/14 | Travelers Indemnity | Primary | $1M/$2M/$2M | CO-3C180717-IND-13 |

## B.    THE LAWSUIT

9.    JWCC was the general contractor for the construction of the Fine Arts Auditorium

Project in Starr County, Texas (the "Project").  The Project was constructed pursuant to a written

contract between JWCC and the Roma Independent School District ("RISD"), which was

entered into on or about April 25, 2005.  The Project consisted of an auditorium, a professional

style stage, the RISD television station, drama rooms, mariachi rooms, choir rooms and folkloric

rooms for RISD students.  JWCC retained various subcontractors to perform work on various

aspects of the Project.

10.    In 2014, RISD filed a filed a lawsuit against JWCC seeking damages relating to

the construction of the Project (the "Lawsuit').  The Lawsuit was styled and numbered *Roma

Independent Sch. Dist. v. Joe Williamson Construction*, in the 229th Judicial District Court of

Starr County, Texas, Cause No. DC-14-420.

11.     In the Lawsuit, RISD alleged and sought damages resulting from a wide variety of construction defects at the Project.   Specifically, RISD alleged that JWCC and/or its subcontractors defectively constructed the Project's: (a) storm drainage system; (b) soil grading systems and soil compaction systems; (c) wall drainage system; (d) perimeter wall barrier system; (e) exterior wall drainage plane; (f) CMU walls; (g) metal building girt connection system; (h) interior CMU wall bracing; (i) plumbing systems; (j) fenestration system; (h) HVAC system; and (i) roofing system.   Each of the foregoing aspects of the Project were constructed by different subcontractors, at different times, and pursuant to different contracts.   RSID also alleged that JWCC itself attempted to correct acknowledged defects in the work of some of its subcontractors, but that JWCC's repairs and/or efforts to repair were defectively performed and unsuccessful.

12.     RISD alleged in the Lawsuit that: (a) JWCC's and its subcontractors' defective construction of and/or attempted repairs to the various aspects of the Project caused, among other things, physical harm and or damage to tangible property and resulting property damages from the time construction began through the date of filing suit; (b) the property damage was continuous and ongoing; and (c) remediation of the damaged property will necessitate tear out of otherwise non-damaged tangible property in the future.

13.     JWCC notified Plaintiff, Defendants and other insurers of the Lawsuit and sought coverage under each of its insurance policies for the claims at issue.   Defendants agreed to provide a defense to JWCC against the claims asserted in the Lawsuit pursuant to their respective policies.

C.      **THE DISPUTE**

14.      On April 25, 2017, RISD made a time-limited settlement demand on JWCC.  The amount of this demand exceeded $1 million.  The Defendants advised Plaintiff that it was their position that the maximum coverage available for settlement under all of JWCC's primary insurance policies was $1 million because: (a) this was the per occurrence policy limit of each primary policy; and (b) only one of these limits applied to the claims asserted against JWCC in the Lawsuit.  Thus, despite the fact that the Defendant Primary Insurers issued multiple insurance policies to JWCC covering different periods and for which JWCC paid separate premiums, the Defendants took the position that the policy limit of only one of these policies applied to the claims asserted against JWCC in the Lawsuit.

15.      Plaintiff advised the Defendants that their attempt to limit liability under their insurance policies to the per occurrence limit of a single policy was not supported by the facts of the Lawsuit and was contrary to Texas law.  Plaintiff further advised the Defendants that the aggregate policy limits of all of their policies applied to the claims asserted against JWCC in the Lawsuit and that these limits exceeded the amount of RISD's settlement demand.  Plaintiff demanded that the Defendants comply with their contractual obligations to JWCC by accepting RISD's settlement demand in full.  Defendants refused.

16.      Following these wrongful refusals, Plaintiff paid the policy limit of its 2006-2007 policy to settle the claims asserted against JWCC in the Lawsuit.  Plaintiff's settlement payment was made involuntarily and subject to a full and complete reservation of rights against all of the Defendants.

**D.      THIS ACTION**

17.      In this action, Plaintiff seeks to recover from the Defendants the settlement contribution it made on behalf of JWCC in connection with the claims asserted in the Lawsuit. Plaintiff asserts the causes of action set forth herein in in its individual capacity, as the equitable and contractual subrogee of JWCC, and/or as the assignee of JWCC.

18.      All conditions precedent to recovery under the insurance policies at issue in this action have been performed, have occurred and/or have been waived.

19.      All conditions precedent to the assertion of the causes of action set forth herein have been performed, have occurred and/or have been waived.

## V.      CAUSES OF ACTION

**COUNT I – BREACH OF CONTRACT**

20.      Plaintiff LIUI incorporates the allegations set forth in paragraphs 1-19 above.

21.      The settlement of the claims asserted against JWCC in the Lawsuit is covered by each of Defendants' policies.

22.      The Defendants refusal to pay more than $1 million of the settlement amount constitutes a breach on their respective insurance policies.

23.      Plaintiff is the equitable and contractual subrogee, and the assignee, of JWCC's rights and causes of action against the Defendants.

24.      As a direct and proximate result of Defendants' breaches of their respective insurance policies, Plaintiff sustained actual damages, including without limitation the amount of the payment it was compelled to involuntarily make to settle the claims asserted against JWCC in the Lawsuit.

25.     Plaintiff is entitled to recover from the Defendants all of its contribution to the settlement of the Lawsuit, for which it now sues.  Plaintiff is further entitled to recover from the Defendants its actual damages, consequential damages, attorneys' fees, court costs, and expenses for which it now sues.

**COUNT II – CONTRIBUTION**

26.     Plaintiff LIUI incorporates the allegations set forth in paragraphs 1 - 25 above.

27.     Plaintiff's contribution to the settlement of the claims asserted against JWCC in the Lawsuit constitutes an amount which exceeds its liability and which it is was compelled to pay because of the Defendants' refusal to comply with their contractual obligations to JWCC under their respective policies.

28.     Plaintiff is entitled to recover from the Defendants via contribution, separately and collectively, those amounts it was compelled to pay as a result of Defendants' respective refusals to comply with their contractual obligations to JWCC, for which it now sues.  Plaintiff is further entitled to recover from the Defendants its actual damages, consequential damages, attorneys' fees, court costs, and expenses for which it now sues.

**III.     COUNT III – DECLARATORY JUDGMENT**

29.     Plaintiff LIUI incorporates the allegations set forth in paragraphs 1 - 28 above.

30.     A real, substantial and justiciable controversy exists between the parties concerning their respective rights and obligations with respect to the settlement of the claims asserted against JWCC in the Lawsuit.

31.     Plaintiff asks the Court to declare the following as a matter of law:

a.     the settlement of the claims asserted against JWCC in the Lawsuit is covered by the insurance policies issued to JWCC by the Defendants;

b.    the claims asserted against JWCC in the Lawsuit involved damages caused by multiple "occurrences," as defined in the Defendants' policies; and

c.    the Defendants are obligated to reimburse Plaintiff all or part of the payment it made to settle the claims asserted against JWCC in the Lawsuit.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Liberty Insurance Underwriters Inc. respectfully requests that upon hearing and proper proof the Court enter judgment rendering the declarations requested herein and awarding all of its actual damages, attorneys' fees, expenses and costs, pre- and post-judgment interest, and for such other and further relief, both special and general, at law or in equity, that it may show itself justly entitled.

**MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**

By:    /s/ Kevin L. Sewell
    **Kevin L. Sewell**
    State Bar No. 00789619
    sewell@mdjwlaw.com
    **Matthew Paradowski**
    State Bar No. 24027588
    paradowski@mdjwlaw.com
    Tollway Plaza One
    16000 N. Dallas Parkway, Suite 800
    Dallas, Texas 75248
    Telephone: (214) 420-5500
    Facsimile: (214) 420-5501

    **ATTORNEYS FOR PLAINTIFF LIBERTY INSURANCE UNDERWRITERS INC.**

# EXHIBIT A-3

**CIVIL CASE INFORMATION SHEET**

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _DC-17-11313_    COURT *(FOR CLERK USE ONLY)*: _____

STYLED _Liberty Insurance Underwriters Inc. v. First Mercury Insurance Co., Travelers Lloyds Insurance Co. and Travelers Indemnity Co._

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Kevin L. Sewell  **Email:** sewell@mdjwlaw.com | **Plaintiff(s)/Petitioner(s):** Liberty Insurance Underwriters Inc. | ☒ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____ |
| **Address:** 16000 N. Dallas Parkway, Ste. 800  **Telephone:** 214-420-5500 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:** Dallas, Texas 75248  **Fax:** 214-420-5501 | **Defendant(s)/Respondent(s):** First Mercury Insurance Company, Travelers Lloyds Insurance Company, and Travelers Indemnity Company | **Custodial Parent:** _____  **Non-Custodial Parent:** _____ |
| **Signature:**  **State Bar No:** 00789619 | [Attach additional page as necessary to list all parties] | **Presumed Father:** _____ |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

|  | Civil |  | Family Law |  |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☐ Other Debt/Contract: | ☐ Assault/Battery ☐ Construction ☐ Defamation *Malpractice* ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability: | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property: | ☐ Annulment ☐ Declare Marriage Void *Divorce* ☐ With Children ☐ No Children | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other |
| *Foreclosure* ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☒ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract: | | | | **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order |
| | ☐ Motor Vehicle Accident ☐ Premises *Product Liability* ☐ Asbestos/Silica ☐ Other Product Liability List Product: | **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: _____ | **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: | **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: |
| | ☐ Other Injury or Damage: | | | |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other: _____ | | |
| **Tax** | | *Probate & Mental Health* | | |
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | *Probate/Wills/Intestate Administration* ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other: _____ | | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☒ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

# EXHIBIT A-4

FILED
DALLAS COUNTY
9/13/2017 11:27 AM
FELICIA PITRE
DISTRICT CLERK

Marcus Turner

Case 3:17-cv-03029-M   Document 1-1   Filed 11/01/17   Page 23 of 54   PageID 28

# Martin, Disiere, Jefferson & Wisdom L.L.P.

## ———————— ATTORNEYS AT LAW ————————

Tollway Plaza One • 16000 N. Dallas Parkway • Suite 800 • Dallas, Texas 75248 • Phone: 214-420-5500 • Fax: 214-420-5501
www.mdjwlaw.com

KEVIN L. SEWELL
PARTNER
Direct: 214-420-5525
e-mail: sewell@mdjwlaw.com

DC-17-11313

September 13, 2017

**VIA ELECTRONIC FILING**
Rosa Delacerda, Court Clerk
95th Judicial District Court
George L. Allen, Sr. Courts Building
600 Commerce St., Box 640
Dallas, Texas 75202

Re:    Cause No. DC-17-11313; *Liberty Insurance Underwriters Inc. v. First Mercury Insurance Company, et al.*; in the 95th Judicial District, Dallas County, Texas.

Dear Ms. Delacerda:

Please prepare citations for all Defendants in the above referenced matter.

Thank you for your assistance in this matter. Should you have any questions, please feel free to contact me at your convenience.

Very truly yours,

Kevin L. Sewell

KLS/mlg

# EXHIBIT A-5

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To:   **TRAVELERS INDEMNITY COMPANY**
       **BY SERVING ITS REGISTERED AGENT CORPORATION SEVICE COMPANY**
       **211 EAST STREET SUITE 620**
       **AUSTIN  TX 78701**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **95th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LIBERTY INSURANCE UNDERWRITERS INC.**

Filed in said Court  **31st day of August, 2017** against

**FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY AND TRAVELERS INDEMNITY COMPANY**

For Suit, said suit being numbered **DC-17-11313,** the nature of which demand is as follows:
Suit on **INSURANCE** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 14th day of September, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____/s/ Gay Lane_____, Deputy
        GAY LANE



---

**ESERVE**

**CITATION**

===========================================

**DC-17-11313**

===========================================

**LIBERTY INSURANCE
UNDERWRITERS INC.
vs.
FIRST MERCURY INSURANCE et al**

ISSUED THIS
**14th day of September, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy
_____
**Attorney for Plaintiff**
KEVIN LAMAR SEWELL
MARTIN DISIERE JEFFERSON &
WISDOM LLP
16000 N DALLAS PARKWAY
SUITE 800
DALLAS TX  75248
214-420-5500

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-17-11313

Court No.95th District Court

Style: LIBERTY INSURANCE UNDERWRITERS INC.

 vs. FIRST MERCURY INSURANCE et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  | For serving Citation | $_____ | _____ |
|---|---|---|---|
|  | For mileage | $_____ | of_____County, _____ |
|  | For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# EXHIBIT A-6

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To:     **TRAVELERS LLOYDS INSURANCE COMPANY**
        **BY SERVING ITS REGISTERED AGENT CORPORATION SEVICE COMPANY**
        **211 EAST STREET SUITE 620**
        **AUSTIN  TX 78701**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **95th District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LIBERTY INSURANCE UNDERWRITERS INC.**

Filed in said Court  **31st day of August, 2017** against

**FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY
AND TRAVELERS INDEMNITY COMPANY**

For Suit, said suit being numbered <u>**DC-17-11313,**</u> the nature of which demand is as follows:
Suit on **INSURANCE** etc. as shown on said petition, a copy of which accompanies this citation.  If this
citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 14th day of September, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By___ /s/ Gay Lane _____, Deputy
        GAY LANE



---

**ESERVE**

**CITATION**

**DC-17-11313**

**LIBERTY INSURANCE
UNDERWRITERS INC.**
**vs.**
**FIRST MERCURY INSURANCE et al**

ISSUED THIS
**14th day of September, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy
_____
**Attorney for Plaintiff**
KEVIN LAMAR SEWELL
MARTIN DISIERE JEFFERSON &
WISDOM LLP
16000 N DALLAS PARKWAY
SUITE 800
DALLAS TX  75248
214-420-5500

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-17-11313

Court No.95th District Court

Style: LIBERTY INSURANCE UNDERWRITERS INC.

 vs. FIRST MERCURY INSURANCE et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# EXHIBIT A-7

FILED
DALLAS COUNTY
10/9/2017 3:43 PM
FELICIA PITRE
DISTRICT CLERK

Angie Avina

# Martin, Disiere, Jefferson & Wisdom L.L.P.

### ATTORNEYS AT LAW

Tollway Plaza One • 16000 N. Dallas Parkway • Suite 800 • Dallas, Texas 75248 • Phone: 214-420-5500 • Fax: 214-420-5501
www.mdjwlaw.com

KEVIN L. SEWELL
PARTNER
Direct: 214-420-5525
e-mail: sewell@mdjwlaw.com

October 9, 2017

**VIA ELECTRONIC FILING**
95th Judicial District Court
ATTN: Gay Lane
George L. Allen, Sr. Courts Building
600 Commerce St., Box 640
Dallas, Texas 75202

Re:    Cause No. DC-17-11313; *Liberty Insurance Underwriters Inc. v. First Mercury Insurance Company, et al.*; in the 95th Judicial District, Dallas County, Texas.

Dear Ms. Lane:

Please prepare a citation for Defendant First Mercury Insurance Company in the above referenced matter.

Thank you for your assistance in this matter. Should you have any questions, please feel free to contact me at your convenience.

Very truly yours,

Michelle L. Gelino
*Assistant to Kevin L. Sewell*

/mlg

# EXHIBIT A-8

FILED
DALLAS COUNTY
10/10/2017 1:32 PM
FELICIA PITRE
DISTRICT CLERK

Nikita Mosley

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   **TRAVELERS INDEMNITY COMPANY**
**BY SERVING ITS REGISTERED AGENT CORPORATION SEVICE COMPANY**
**211 EAST STREET SUITE 620**
**AUSTIN  TX 78701**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **95th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LIBERTY INSURANCE UNDERWRITERS INC.**

Filed in said Court  **31st day of August, 2017** against

**FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY AND TRAVELERS INDEMNITY COMPANY**

For Suit, said suit being numbered <u>**DC-17-11313,**</u> the nature of which demand is as follows:
Suit on **INSURANCE** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 14th day of September, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By __/s/ Gay Lane_____, Deputy
       GAY LANE

---

**ESERVE**

**CITATION**

**DC-17-11313**

**LIBERTY INSURANCE UNDERWRITERS INC.**
**vs.**
**FIRST MERCURY INSURANCE et al**

ISSUED THIS
14th day of September, 2017

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
KEVIN LAMAR SEWELL
MARTIN DISIERE JEFFERSON &
WISDOM LLP
16000 N DALLAS PARKWAY
SUITE 800
DALLAS TX 75248
214-420-5500

# DALLAS COUNTY
# SERVICE FEES
# NOT PAID

## OFFICER'S RETURN

Case No. : DC-17-11313

Court No.95th District Court

Style: LIBERTY INSURANCE UNDERWRITERS INC.

vs. FIRST MERCURY INSURANCE et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this citation together with the accompanying copy of this pleading, having first endorsed on said date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of_____County, _____ | |
| For Notary | $_____ | By_____Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# RETURN OF SERVICE

## Cause No. DC-17111313

In the 95th Judicial District of
Dallas County, Texas

LIBERTY INSURANCE
UNDERWRITERS INC.
      Plaintiff

V.

FIRST MERCURY INSURANCE
COMPANY, et al
      Defendant

Came to hand on October 06, 2017, at 10:15 AM.

Executed at 211 E 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 10:39 AM on October 06, 2017, by delivering to the within named:

## TRAVELERS INDEMNITY COMPANY,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY, by and through its designated agent, ROBERT WILLIAMS, a true copy of this Citation together with Plaintiff's Original Petition and Civil Case Information Sheet, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
Jeff Keyton PSC-735,
Exp: 7/31/2020

## VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this .

NOTARY PUBLIC, STATE OF TEXAS

17-028960/277-0461 / 0466

# EXHIBIT A-9

FILED
DALLAS COUNTY
10/10/2017 1:34 PM
FELICIA PITRE
DISTRICT CLERK

Nikita Mosley

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:** **TRAVELERS LLOYDS INSURANCE COMPANY**
**BY SERVING ITS REGISTERED AGENT CORPORATION SEVICE COMPANY**
**211 EAST STREET SUITE 620**
**AUSTIN  TX 78701**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **95th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LIBERTY INSURANCE UNDERWRITERS INC.**

Filed in said Court **31st day of August, 2017** against

**FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY AND TRAVELERS INDEMNITY COMPANY**

For Suit, said suit being numbered <u>DC-17-11313,</u> the nature of which demand is as follows:
Suit on **INSURANCE** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 14th day of September, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By_____/s/ Gay Lane_____, Deputy
    GAY LANE

---

**ESERVE**

**CITATION**

**DC-17-11313**

**LIBERTY INSURANCE UNDERWRITERS INC.**
**vs.**
**FIRST MERCURY INSURANCE et al**

ISSUED THIS
14th day of September, 2017

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
KEVIN LAMAR SEWELL
MARTIN DISIERE JEFFERSON &
WISDOM LLP
16000 N DALLAS PARKWAY
SUITE 800
DALLAS TX  75248
214-420-5500

## DALLAS COUNTY
## SERVICE FEES
## NOT PAID

# OFFICER'S RETURN

Case No. : DC-17-11313

Court No.95th District Court

Style: LIBERTY INSURANCE UNDERWRITERS INC.

vs. FIRST MERCURY INSURANCE et al

Came to hand on the _____day of_____, 20_____, at _____o'clock_____M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of_____County, _____ | |
| For Notary | $_____ | By_____Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

## RETURN OF SERVICE

### Cause No. DC-17111313

In the 95th Judicial District of
Dallas County, Texas

LIBERTY INSURANCE
UNDERWRITERS INC.
     Plaintiff

V.

FIRST MERCURY INSURANCE
COMPANY, et al
     Defendant

Came to hand on October 06, 2017, at 10:15 AM.

Executed at 211 E 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 10:39 AM on October 06, 2017, by delivering to the within named:

### TRAVELERS LLOYDS INSURANCE COMPANY,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY, by and through its designated agent, ROBERT WILLIAMS, a true copy of this Citation together with Plaintiff's Original Petition and Civil Case Information Sheet, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____

Jeff Keyton PSC-735,
Exp: 7/31/2020

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS    §

     BEFORE ME, A NOTARY PUBLIC, on this day personally appeared  Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

     Given under my hand and seal of office this October 06, 2017.

NOTARY PUBLIC, STATE OF TEXAS

17-028961/277-0461 / 0466

SCOTT L. THOMAS
NOTARY PUBLIC
STATE OF TEXAS
ID# 1040766
EXPIRES 1-9-2020

# EXHIBIT A-10

**FORM NO. 353-4—CITATION**
~~THE STATE OF TEXAS~~

To:    **FIRST MERCURY INSURANCE COMPANY**
       **BY SERVING THE COMMISSIONER OF INSURANCE**
       **333 GUADALUPE**
       **AUSTIN, TX, 78714-9104**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.
Your answer should be addressed to the clerk of the **95th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **LIBERTY INSURANCE UNDERWRITERS INC.**

Filed in said Court 31st day of August, 2017 against
**FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY AND TRAVELERS INDEMNITY COMPANY**

For suit, said suit being numbered   **DC-17-11313**  the nature of which demand is as follows:
Suit On  **INSURANCE** etc.
as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 11th day of October, 2017**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

By _____/s/ Gay Lane_____ , Deputy
              **GAY LANE**



---

**ESERVE  (COI)**

**CITATION**

No.: **DC-17-11313**

**LIBERTY INSURANCE UNDERWRITERS INC.**
vs.
**FIRST MERCURY INSURANCE et al**

ISSUED
**ON THIS THE 11TH DAY OF OCTOBER, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **GAY LANE**, Deputy

Attorney for : Plaintiff
**KEVIN LAMAR SEWELL**
**MARTIN DISIERE JEFFERSON &**
**WISDOM LLP**
**16000 N DALLAS PARKWAY**
**SUITE 800**
**DALLAS TX  75248**
**214-420-5500**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

Cause No. DC-17-11313

Court No: 95th District Court

Style: LIBERTY INSURANCE UNDERWRITERS INC.
vs. FIRST MERCURY INSURANCE et al

**OFFICER'S RETURN
FOR INDIVIDUALS**

Received this Citation the _____ day of _____, 20____, at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20____, at _____ o'clock. by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____, 20____, at _____ o'clock ____M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20____, at _____ o'clock ____M. by summoning the within named Corporation, _____ by delivering to _____
President – Vice President – Registered Agent - in person, of the said _____

_____ a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $ _____ | Sheriff _____ |
| For Mileage | $ _____ | County of _____ |
| For Notary | $ _____ | State of _____ |
| Total Fees | $ _____ | By _____ |

(Must be verified if served outside the State of Texas)
State of _____
County of _____

Signed and sworn to me by the said _____ before me this _____
day of _____, 20____, to certify which witness my hand and seal of office.

_____
State & County of

Seal

# EXHIBIT A-11

RECEIVED

OCT 11 2017 @ 5:40 PM

FILED
DALLAS COUNTY
10/17/2017 1:01 PM
FELICIA PITRE
DISTRICT CLERK

Dianne Coffey

**FORM NO. 353-4—CITATION**
~~THE STATE OF TEXAS~~

**ESERVE** (COI)

**To:    FIRST MERCURY INSURANCE COMPANY**
**BY SERVING THE COMMISSIONER OF INSURANCE**
**333 GUADALUPE**
**AUSTIN, TX, 78714-9104**

**CITATION**

No.: **DC-17-11313**

**LIBERTY INSURANCE**
**UNDERWRITERS INC.**
**vs.**
**FIRST MERCURY INSURANCE et al**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with    the
clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you
were served this citation and petition, a default judgment may be taken against you.
  Your answer should be addressed to the clerk of the **95th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **LIBERTY INSURANCE UNDERWRITERS INC.**

Filed in said Court 31st day of August, 2017 against
  **FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY AND**
  **TRAVELERS INDEMNITY COMPANY**

  For suit, said suit being numbered   **DC-17-11313**  the nature of which demand is as follows:
  Suit On  **INSURANCE** etc.
as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned
unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
  Given under my hand and the Seal of said Court at office **on this the 11th day of October, 2017**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas



By_____ /s/ Gay Lane _____, Deputy
                    **GAY LANE**

**ISSUED**
**ON THIS THE 11TH DAY OF OCTOBER,**
**2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **GAY LANE**, Deputy

Attorney for : Plaintiff
  **KEVIN LAMAR SEWELL**
  **MARTIN DISIERE JEFFERSON &**
  **WISDOM LLP**
  **16000 N DALLAS PARKWAY**
  **SUITE 800**
  **DALLAS TX  75248**
  **214-420-5500**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-17-11313

Court No: 95th District Court

Style: LIBERTY INSURANCE UNDERWRITERS INC.
vs. FIRST MERCURY INSURANCE et al

Received this Citation the _____11th_____ day of __October__, 20_17_ at _5:40 PM_ o'clock. Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at_____o'clock ____.M. Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock ____.M. by summoning the within named Corporation, _____ by delivering to _____ _____

_____ President - Vice President - Registered Agent - in person, of the said

_____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:       To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ | |
| For Mileage | $_____ | County of_____ | |
| For Notary | $_____ | State of_____ | |
| Total Fees | $_____ | By_____ | |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
         Signed and sworn to me by the said_____before me this_____
day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                                    State & County of

## RETURN OF SERVICE

### Cause No. DC-17-11313

In The 95th Judicial District of
Dallas County, Texas

LIBERTY INSURANCE
UNDERWRITERS INC.
     Plaintiff
V.

FIRST MERCURY INSURANCE
COMPANY, et al
     Defendant

Came to hand on October 11, 2017, at 05:40 PM.

Executed at 333 Guadalupe St., Austin, TX 78701, within the County of Travis at 10:50 AM on October 12, 2017, by delivering to the within named:

### FIRST MERCURY INSURANCE COMPANY,

**by delivering to THE TEXAS COMMISSIONER OF INSURANCE by and through designated agent, TISH WILHELM, true duplicate copies of this Citation together with Plaintiff's Original Petition and Civil Case Information Sheet, having first endorsed upon both copies of such process the date of delivery, and tendering the $50 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
       Thomas R. Kroll PSC-3012,
       Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

    Given under my hand and seal of office this October 13, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

17-029030/2840535

# EXHIBIT A-12

FILED
DALLAS COUNTY
10/13/2017 9:52 AM
FELICIA PITRE
DISTRICT CLERK

## TEXAS DEPARTMENT OF INSURANCE

**General Counsel Division (113-2A)**
333 Guadalupe, Austin, Texas 78701 ★ PO Box 149104, Austin, Texas 78714-9104
(512) 676-6585 | F: (512) 490-1064 | (800) 578-4677 | TDI.texas.gov | @TexasTDI

October 13, 2017

Kevin L. Sewell
Martin, Disiere, Jefferson & Wisdom, LLP
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248

RE: Cause No.: DC-17-11313; styled *Liberty Insurance Underwriters Inc. v. First Mercury Insurance Company, Travelers Lloyds Insurance Company and Travelers Indemnity Company;* in the 95th Judicial District Court, Dallas County, Texas

Greetings:

On October 11, 2017, the enclosed documents were received in the office of the Commissioner of Insurance for service of process.  The documents received are being returned to your office for the reasons indicated below.

**First Mercury Insurance Company's** mailing address must be indicated on the citation. Please refer to the Texas Administrative Code, Title 28, Chapter 7, Rule §7.1414.  Enclosed is a company profile.

Refer to Chapter 804 of the Texas Insurance Code for service of process information.

Please do not hesitate to call me if you have questions.

Sincerely,

*Tish Wilhelm*

Tish Wilhelm
General Counsel
tish.wilhelm@tdi.texas.gov
(512) 676-6543

Enclosures

c:  Dallas County District Clerk
    ***E-filed***

# EXHIBIT A-13

FILED
DALLAS COUNTY
10/27/2017 11:29 AM
FELICIA PITRE
DISTRICT CLERK

**DC-17-11313**

**Marcus Turner**

# Martin, Disiere, Jefferson & Wisdom L.L.P.

———————————— **ATTORNEYS AT LAW** ————————————

Tollway Plaza One • 16000 N. Dallas Parkway • Suite 800 • Dallas, Texas 75248 • Phone: 214-420-5500 • Fax: 214-420-5501
www.mdjwlaw.com

KEVIN L. SEWELL
PARTNER
Direct: 214-420-5525
e-mail: sewell@mdjwlaw.com

October 27, 2017

**VIA ELECTRONIC FILING**
95th Judicial District Court
George L. Allen, Sr. Courts Building
600 Commerce St., Box 640
Dallas, Texas 75202

Re:   Cause No. DC-17-11313; *Liberty Insurance Underwriters Inc. v. First Mercury Insurance Company, et al.*; in the 95th Judicial District, Dallas County, Texas.

Dear Court:

Please prepare a new citation for Defendant First Mercury Insurance Company in the above referenced matter. The citation should be addressed as follows:

To:   First Mercury Insurance Company
c/o Marcia M. Paulsen, Vice President
29621 Northwestern Hwy.
Southfield, Michigan 48034
BY SERVING The Texas Commissioner of Insurance
333 Guadalupe
Austin, Texas 78714

Thank you for your assistance in this matter. Should you have any questions, please feel free to contact me at your convenience.

Very truly yours,

Michelle L. Gelino
*Assistant to Kevin L. Sewell*

/mlg

# EXHIBIT A-14

FILED
DALLAS COUNTY
10/30/2017 9:14 AM
FELICIA PITRE
DISTRICT CLERK

Case 3:17-cv-03029-M   Document 1-1   Filed 11/01/17   Page 52 of 54   PageID 57

## CAUSE NO. DC-17-11313

| | | |
|---|---|---|
| **LIBERTY INSURANCE UNDERWRITERS INC.** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **FIRST MERCURY INSURANCE COMPANY, TRAVELERS LLOYDS INSURANCE COMPANY and TRAVELERS INDEMNNITY COMPANY,** | § | |
| | § | |
| | § | |
| | § | **95TH** |
| | § | |
| | § | |
| **Defendants.** | § | **14th JUDICIAL DISTRICT** |

### DEFENDANTS TRAVELERS LLOYDS INSURANCE COMPANY AND TRAVELERS INDEMNITY COMPANY'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION

In response to Plaintiff's Original Petition (the "Petition"), Defendants Travelers Lloyds Insurance Company and Travelers Indemnity Company ("Defendants") file their Answer.

## I.
### GENERAL DENIAL

Defendants deny all and singular the allegations contained in the Petition and demand strict proof thereof.

## II.
### ADDITIONAL DEFENSES

1.      Defendants deny all conditions precedent to Plaintiff's claims for recovery have occurred or been met, and they have not been waived.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff take nothing by this suit, and that Defendants go hence and recover costs on their behalf expended.

Respectfully submitted,

_/s/ Wm. Lance Lewis_
WM. LANCE LEWIS
State Bar No. 12314560
MARCIE L SCHOUT
State Bar No. 24007960

**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANTS
TRAVELERS LLOYDS INSURANCE
COMPANY AND TRAVELERS INDEMNITY
COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing pleading has been furnished to counsel of record, via electronic service, in accordance with the Texas Rules of Civil Procedure, this 30th day of October 2017 at the addresses indicated below:

Kevin L. Sewell
sewell@mdjwlaw.com
Matthew Paradowski
paradowski@mdjwlaw.com
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248

*/s/ Wm. Lance Lewis*
Wm. Lance Lewis / Marcie L. Schout